## PACA TRUST CHART

Claimant: Access Organics, Inc.
Date: 04/16/09

Debtor: Big Boy Produce, L.P.
Terms: Net 10 + 1.5% per mo. interest + fees

| INVOICE NUMBER | DATE OF TRANS. | PAYMENT DUE | NOTICE DATE | INVOICE AMOUNT | CREDITS ALLOWED | BALANCE DUE | ACCRUED INTEREST* | INVOICE TOTAL | TRUST AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14636 | 05/09/08 | 05/19/08 | 05/09/08 | $ 24,275.00 | $ - | $ 24,275.00 | $ 4,319.71 | $ 28,594.71 | $ 28,594.71 |
| 14637 | 05/09/08 | 05/19/08 | 05/09/08 | $ 15,360.00 | $ - | $ 15,360.00 | $ 2,733.30 | $ 18,093.30 | $ 18,093.30 |
| 14654 | 05/09/08 | 05/19/08 | 05/09/08 | $ 1,944.00 | $ - | $ 1,944.00 | $ 345.93 | $ 2,289.93 | $ 2,289.93 |
| Collection Costs** | | | | | | | | | $ 8,685.00 |
| TOTALS | | | | $ 41,579.00 | | $ 41,579.00 | $ 7,398.94 | $ 48,977.94 | $ 57,662.94 |

\* Interest calculated through date indicated above
\*\* Collection Costs estimated through date indicated above



EXHIBIT A

Blumberg No. 5119

# Invoice



**Access Organics, Inc.**
5733 Highway 93 South
Whitefish, MT 59937
(406) 758-6620  Fax (406) 758-6628
Sales Agents for Organic Growers Nationwide

**Change of Contract**

| | |
|---|---|
| Invoice No: | 14636 |
| Ship Date: | May 9, 2008 |
| File No.: | 1185 |
| PO No.: | 08-1028 |
| Terms: | Net 10 |

**Sold To:** Big Boy Produce
2501 W. Military Hwy Ste D-24
McAllen Produce Terminal Market
Mc Allen, TX 78503-8955

**Ship To:** Big Boy Produce
Mc Allen Produce Terminal Market
2501 W. Military Hwy Ste D-24,25,26,27,28.
Mc Allen, TX 78503-8955

**Comment:** NOTE MINOR CHANGE TO PEPPER AMOUNTS SHIPPED BY COOLER.

ALL CLAIMS MUST BE MADE WITHIN 24 HRS. OF DELIVERY.

| Trans Co BUYER'S TRUCK | Order/Adj Date 5/6/2008 | Time Out | Arrival Date | Ship Via SHS 5/7/08 po 12127. INCREASED | | |
|---|---|---|---|---|---|---|
| Vehicle ID# ALLIED/CALEXICO | Freight Pmt | Frt Method Truck | Freight Rate | Total Cartons 1,350 | Total Pallets 0.0 | Total Weight 0 |

| Order Qty | Ship Qty | Description | Label | Comment | Country | Contract | Brkg | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 800 | 800 | Cucumbers 36 OG | | | MEX | F.O.B. | | 13.500 | 10,800.000 |
| 455 | 454 | Pep Green Med 15# OG | | revised | MEX | F.O.B. | | 24.500 | 11,123.000 |
| 82 | 73 | PepGreen LG 15lb OG | | revised | MEX | F.O.B. | | 24.500 | 1,788.500 |
| 23 | 23 | Pep Gr XL #15 OG | | revised | MEX | F.O.B. | | 24.500 | 563.500 |
| 19 | 19 | | | | | | | 0.000 | 0.000 |

1,369    Please Pay From This Document, This Is Your Invoice.    **Total Due**    **$24,275.00**

**CREDITS NOT ACCEPTED WITHOUT INVOICE REVISION. UNCLAIMED CREDITS BEYOND 60 DAYS ARE CLEARED.**

All Sales F.O.B. No Grade Contract. Good delivery standards apply excluding bruising and /or discoloration following bruising. Represented produce is 100% organic, defined as "OG" in item description.

The perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food and other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees.

# Invoice — Change of Contract

**Access Organics, Inc.**
5733 Highway 93 South
Whitefish, MT 59937
(406) 758-6620  Fax (406) 758-6628
Sales Agents for Organic Growers Nationwide

| | |
|---|---|
| Invoice No: | 14637 |
| Ship Date: | May 9, 2008 |
| File No.: | 1186 |
| PO No.: | 08-1029 |
| Terms: | Net 10 |

**Sold To:**
Big Boy Produce
2501 W. Military Hwy Ste D-24
McAllen Produce Terminal Market
Mc Allen, TX 78503-8955

**Ship To:**
Big Boy Produce
Mc Allen Produce Terminal Market
2501 W. Military Hwy Ste D-24,25,26,27,28.
Mc Allen, TX 78503-8955

Comment:

### ALL CLAIMS MUST BE MADE WITHIN 24 HRS. OF DELIVERY.

| Trans Co<br>BUYER'S TRUCK | Order/Adj Date<br>5/6/2008 | Time Out | Arrival Date | Ship Via<br>po 12128. REVISED PRICE AND AMT | | |
|---|---|---|---|---|---|---|
| Vehicle ID#<br>ALLIED/CALEXICO | Freight Pmt | Frt Method<br>Truck | Freight Rate | Total Cartons<br>1,280 | Total Pallets<br>16.0 | Total Weight<br>25,600 |

| Order Qty | Ship Qty | Description | Label | Comment | Country | Contract | Brkg | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1,280 | 1,280 | Cucumbers 36 OG | | revised 5/9 amt/price | MEX | F.O.B. | | 12.000 | 15,360.000 |
| 16 | 16 | PALLET | | | | F.O.B. | 0.000 | 0.000 | 0.000 |

1,296    Please Pay From This Document, This Is Your Invoice.    Total Due    **$15,360.00**

**CREDITS NOT ACCEPTED WITHOUT INVOICE REVISION. UNCLAIMED CREDITS BEYOND 60 DAYS ARE CLEARED.**

All Sales F.O.B. No Grade Contract. Good delivery standards apply excluding bruising and/or discoloration following bruising. Represented produce is 100% organic, defined as "OG" in item description.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food and other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees.

# Invoice

**Access Organics, Inc.**
5733 Highway 93 South
Whitefish, MT 59937
(406) 758-6620  Fax (406) 758-6628
Sales Agents for Organic Growers Nationwide

| | |
|---|---|
| Invoice No: | 14654 |
| Ship Date: | May 9, 2008 |
| File No.: | 672141 |
| PO No.: | 08-1029-2 |
| Terms: | Net 10 |

**Sold To:**
Big Boy Produce
Mc Allen Produce Terminal Market
2501 W. Military Hwy Ste D-24,25,26,27,28.
Mc Allen, TX 78503-8955

**Ship To:**
Big Boy Produce
Mc Allen Produce Terminal Market
2501 W. Military Hwy Ste D-24,25,26,27,28.
Mc Allen, TX 78503-8955

**Comment:** Thank you for supporting our dedicated Certified Organic Farmers!

ALL CLAIMS MUST BE MADE WITHIN 24 HRS. OF DELIVERY.

| Trans Co BUYER'S TRUCK | Order/Adj Date 5/9/2008 | Time Out | Arrival Date | Ship Via GG ORDER # 42316 - PO 12147. PICK |||
|---|---|---|---|---|---|---|
| Vehicle ID# RIO RICO | Freight Pmt | Frt Method Truck | Freight Rate | Total Cartons 216 | Total Pallets 2.7 | Total Weight 5,184 |

| Order Qty | Ship Qty | Description | Label | Comment | Country | Contract | $/kg | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 240 | 72 | Cucumbers 36 OG | | | USA | F.O.B. | | 9.000 | 648.000 |
| 144 | 144 | Cucumber 30 ct OG | | TO FILL TRUCK | USA | F.O.B. | | 9.000 | 1,296.000 |
| 4 | 3 | PALLET | | | | F.O.B. | 0.000 | 0.000 | 0.000 |
| | 219 | | | Please Pay From This Document, This Is Your Invoice. | | | | Total Due | $1,944.00 |

- vendor (GG) paid
inspection 17% Avg 6% serious
BP didn't contest federal

He said he would pay as extra
he is considering this a must 27 one invoice

**CREDITS NOT ACCEPTED WITHOUT INVOICE REVISION. UNCLAIMED CREDITS BEYOND 60 DAYS ARE CLEARED.**
All Sales F.O.B. No Grade Contract. Good delivery standards apply excluding bruising and /or discoloration following bruising. Represented produce is 100% organic, defined as "OG" in item description.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food and other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees.